UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: LINHART, THOMAS E | § | Case No. 12-83421 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 10/09/2013 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Dated: 09/03/2013        By: /s/MEGAN G. HEEG
                                                                             Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### ROCKFORD DIVISION

In re: LINHART, THOMAS E § Case No. 12-83421
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 29,000.00 |
| *and approved disbursements of* | $ 1,683.34 |
| *leaving a balance on hand of* [1] | $ 27,316.66 |
| **Balance on hand:** | $ 27,316.66 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 27,316.66 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 3,524.26 | 0.00 | 3,524.26 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 2,565.00 | 0.00 | 2,565.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 47.75 | 0.00 | 47.75 |
| Other Fees: William J. Lawrence, Esq. | 1,634.51 | 1,634.51 | 0.00 |
| Other Expenses: William J. Lawrence, Esq. | 16.86 | 16.86 | 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 6,137.01 |
| Remaining balance: | $ 21,179.65 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

    Total to be paid for prior chapter administrative expenses: $ 0.00
    Remaining balance: $ 21,179.65

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for priority claims: $ 0.00
    Remaining balance: $ 21,179.65

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,693.07 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Portfolio Investments II LLC | 9,906.51 | 0.00 | 9,906.51 |
| 2 | Fifth Third Bank | 7,492.25 | 0.00 | 7,492.25 |
| 3 | Fifth Third Bank | 2,294.31 | 0.00 | 2,294.31 |

    Total to be paid for timely general unsecured claims: $ 19,693.07
    Remaining balance: $ 1,486.58

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 195.69 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Mendota Community Hospital | 195.69 | 0.00 | 195.69 |

Total to be paid for tardy general unsecured claims: $ 195.69
Remaining balance: $ 1,290.89

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 1,290.89

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $33.53. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 1,257.36.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-83421-TML
Thomas E Linhart                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: lorsmith          Page 1 of 1          Date Rcvd: Sep 06, 2013
                              Form ID: pdf006         Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2013.
```
db          Thomas E Linhart,    2396 Shaw Road,    West Brooklyn, IL  61378-9604
19407358    Advocate Health Care,    P.O. BOx 73208,    Chicago, IL 60673-7208
19407359    Akzo Nobel Paints, LLC,    21033 Network Place,    Chicago, IL 60673-1210
19407360   +Allstate Insurance Company,    P.O. Box 4310,    Carl Stream, IL 60197-4310
19407361    Allstate Insurance Company,    P.O. Box 4310,    Carol Stream, IL 60197-4310
19407362    Bank of America, NA,    P.O. Box 650070,    Dallas, TX 75265-0070
19407364    Chase,   Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
19407365    Fifth Third Bank,    P.O. Box 740789,    Cincinnati, OH 45274-0789
19671347   +Fifth Third Bank,    9441 LBJ Freeway, Suite 350,    Dallas, TX 75243-4652
19407367    Home Depot Credit Services,    P.O. Box 182676,    Columbus, OH 43218-2676
19407369    Menards,   HSBC Retail Services,    P.O. Box 17602,    Baltimore, MD 21297-1602
19407370   +Mendota Community Hospital,    1405 E. 12th Street,    Mendota, IL 61342-9010
19407371    State of Illinois,    Illinois Dept of Revenue,    P.O. Box 19447,    Springfield, IL 62794-9447
19407372   ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   U.S Bank,    Eastern Iowa Indirect Lending,    P.O. Box 790179,
              St. Louis, MO 63179-0179)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19621536     E-mail/PDF: rmscedi@recoverycorp.com Sep 07 2013 00:24:32     GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
19407368     E-mail/Text: cio.bncmail@irs.gov Sep 07 2013 00:12:30     IRS,    P.O. Box 804522,
              Cincinnatti, OH 45280-4522
20354326     E-mail/PDF: rmscedi@recoverycorp.com Sep 07 2013 00:21:39     Portfolio Investments II LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
20354327     E-mail/PDF: rmscedi@recoverycorp.com Sep 07 2013 00:24:11
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
19407373     E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2013 00:37:26     Walmart,    P.O. Box 960024,
              Orlando, FL 32896-0024
                                                                                             TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19407363*     Bank of America, NA,    P.O. Box 650070,    Dallas, TX 75265-0070
19407366*     Fifth Third Bank,    P.O. Box 740789,    Cincinnati, OH 45274-0789
19675139*    +Fifth Third Bank,    9441 LBJ Freeway, Suite 350,    Dallas, TX 75243-4652
                                                                                TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2013                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2013 at the address(es) listed below:
```
              Carole J. Ryczek    on behalf of Trustee Megan G Heeg carole.ryczek@usdoj.gov
              John C Redington    on behalf of Debtor Thomas E Linhart office@tessandredington.com
              Megan G Heeg    on behalf of Spec. Counsel William J Lawrence heeg@egblc.com, IL55@ecfcbis.com
              Megan G Heeg    heeg@egblc.com, IL55@ecfcbis.com
              Megan G Heeg    on behalf of Trustee Megan G Heeg heeg@egblc.com, IL55@ecfcbis.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 6
```