# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# ROCKFORD DIVISION

In re: LINHART, THOMAS E  § Case No. 12-83421
§
§
Debtor(s)  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $161,105.00 *(without deducting any secured claims)* | Assets Exempt: $17,525.00 |
| Total Distribution to Claimants: $19,922.29 | Claims Discharged Without Payment: $26,927.27 |
| Total Expenses of Administration: $7,820.35 | |

    3) Total gross receipts of $ 29,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,257.36 (see **Exhibit 2**), yielded net receipts of $27,742.64 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $142,426.01 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,820.35 | 7,820.35 | 7,820.35 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 700.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 46,204.25 | 19,922.29 | 19,922.29 | 19,922.29 |
| **TOTAL DISBURSEMENTS** | $189,330.26 | $27,742.64 | $27,742.64 | $27,742.64 |

4) This case was originally filed under Chapter 7 on September 06, 2012. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/18/2013          By: /s/MEGAN G. HEEG
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Potential inheritance | 1249-000 | 29,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$29,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| LINHART, THOMAS E | Dividend paid 100.00% on $1,257.36; Claim# SURPLUS; Filed: $1,257.36; Reference: 8200-002 | | 1,257.36 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,257.36** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Bank of America, NA | 4110-000 | 138,000.00 | N/A | N/A | 0.00 |
| NOTFILED | U.S Bank Eastern Iowa Indirect Lending | 4110-000 | 4,426.01 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$142,426.01** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 3,524.26 | 3,524.26 | 3,524.26 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 2,565.00 | 2,565.00 | 2,565.00 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 47.75 | 47.75 | 47.75 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| William J. Lawrence, Esq. | 3210-600 | N/A | 1,634.51 | 1,634.51 | 1,634.51 |
| William J. Lawrence, Esq. | 3220-610 | N/A | 16.86 | 16.86 | 16.86 |
| Rabobank, N.A. | 2600-000 | N/A | 31.97 | 31.97 | 31.97 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $7,820.35 | $7,820.35 | $7,820.35 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | IRS | 5200-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | State of Illinois Illinois Dept of Revenue | 5200-000 | 200.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $700.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Portfolio Investments II LLC | 7100-000 | 9,906.51 | 9,906.51 | 9,906.51 | 9,906.51 |
| 1I | Portfolio Investments II LLC | 7990-000 | N/A | 16.70 | 16.70 | 16.70 |
| 2 | Fifth Third Bank | 7100-000 | 7,502.47 | 7,492.25 | 7,492.25 | 7,492.25 |
| 2I | Fifth Third Bank | 7990-000 | N/A | 12.63 | 12.63 | 12.63 |
| 3 | Fifth Third Bank | 7100-000 | 2,294.31 | 2,294.31 | 2,294.31 | 2,294.31 |
| 3I | Fifth Third Bank | 7990-000 | N/A | 3.87 | 3.87 | 3.87 |
| 4 | Mendota Community Hospital | 7200-000 | 273.69 | 195.69 | 195.69 | 195.69 |
| 4I | Mendota Community Hospital | 7990-000 | N/A | 0.33 | 0.33 | 0.33 |
| NOTFILED | Chase Cardmember Services | 7100-000 | 21,284.13 | N/A | N/A | 0.00 |
| NOTFILED | Allstate Insurance Company | 7100-000 | 134.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Home Depot Credit Services | 7100-000 | 64.00 | N/A | N/A | 0.00 |
| NOTFILED | Allstate Insurance Company | 7100-000 | 181.84 | N/A | N/A | 0.00 |
| NOTFILED | Menards HSBC Retail Services | 7100-000 | 467.99 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America, NA | 7100-000 | 2,823.02 | N/A | N/A | 0.00 |
| NOTFILED | Akzo Nobel Paints, LLC | 7100-000 | 248.45 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Health Care | 7100-000 | 1,023.84 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$46,204.25** | **$19,922.29** | **$19,922.29** | **$19,922.29** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-83421  
**Case Name:** LINHART, THOMAS E  

**Period Ending:** 12/18/13

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 09/06/12 (f)  
**§341(a) Meeting Date:** 10/19/12  
**Claims Bar Date:** 01/23/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | homestead 2396 Shaw Road West Brooklyn, IL<br>    Orig. Description: homestead<br>2396 Shaw Road<br>West Brooklyn, IL | 150,000.00 | 0.00 | | 0.00 | FA |
| 2 | cash on hand<br>    Orig. Description: cash on hand | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account # Fifth Third Bank, West Galena<br>    Orig. Description: Checking Account #<br>Fifth Third Bank, West Galena, Aurora, Illinois | 150.00 | 0.00 | | 0.00 | FA |
| 4 | savings Fifth Third Bank, W Galena, Aurora, IL<br>    Orig. Description: savings<br>Fifth Third Bank, W Galena, Aurora, IL | 100.00 | 0.00 | | 0.00 | FA |
| 5 | corp checking account FifthThirdBank<br>    removed from Debtor's Schedule B | 0.00 | 0.00 | | 0.00 | FA |
| 6 | household goods & furnishings 2396 Shaw Road, We<br>    Orig. Description: household goods & furnishings<br>2396 Shaw Road, West Brooklyn, IL | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | wearing apparel<br>    Orig. Description: wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 8 | 12 Guage shotgun, .22 Rifle over 20 years old<br>    Orig. Description: 12 Guage shotgun, .22 Rifle over 20 years old | 250.00 | 0.00 | | 0.00 | FA |
| 9 | 2004 Chevy Suburban<br>    Orig. Description: 2004 Chevy Suburban | 3,900.00 | 0.00 | | 0.00 | FA |
| 10 | Ranger Bass boat<br>    Orig. Description: Ranger Bass boat | 3,775.00 | 0.00 | | 0.00 | FA |
| 11 | Boat trailer  (u) | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Shares in Tom Linhart & Sons, Ltd.  (u)<br>    listed as misc. used painting equipment on Amended Schedule B | 1,330.00 | 5,000.00 | | 0.00 | FA |
| 13 | Potential inheritance  (u)<br>    Potential inheritance or other property interest arising as a result of Debtor's mother's death on | 100,000.00 | 29,000.00 | | 29,000.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-83421  
**Case Name:** LINHART, THOMAS E  
**Period Ending:** 12/18/13

**Trustee:**  (330490)  MEGAN G. HEEG  
**Filed (f) or Converted (c):** 09/06/12 (f)  
**§341(a) Meeting Date:** 10/19/12  
**Claims Bar Date:** 01/23/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | 10/8/12. Value listed at 100,000 on 11/17/12 amended schedule B. |  |  |  |  |  |
| 13 | Assets Totals (Excluding unknown values) | $261,105.00 | $34,000.00 |  | $29,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  May 31, 2013      **Current Projected Date Of Final Report (TFR):**  September 3, 2013  (Actual)

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

**Case Number:** 12-83421  
**Case Name:** LINHART, THOMAS E  

**Taxpayer ID #:** **-***8681  
**Period Ending:** 12/18/13  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****032366 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/05/13 | {13} | Lawrence Law Office | Partial distribution from probate estate - per compromise | 1249-000 | 29,000.00 | | 29,000.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.97 | 28,968.03 |
| 08/15/13 | 101 | William J. Lawrence, Esq. | special counsel fees due per order dated 7/31/13 | 3210-600 | | 1,634.51 | 27,333.52 |
| 08/15/13 | 102 | William J. Lawrence, Esq. | special counsel expenses due per order dated 7/31/13 | 3220-610 | | 16.86 | 27,316.66 |
| 10/30/13 | 103 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $2,565.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,565.00 | 24,751.66 |
| 10/30/13 | 104 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $47.75, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 47.75 | 24,703.91 |
| 10/30/13 | 105 | MEGAN G. HEEG | Dividend paid 100.00% on $3,524.26, Trustee Compensation; Reference: | 2100-000 | | 3,524.26 | 21,179.65 |
| 10/30/13 | 106 | Portfolio Investments II LLC | Dividend paid 100.00% on $9,906.51; Claim# 1; Filed: $9,906.51; Reference: 6011 3101 4060 4189 | 7100-000 | | 9,906.51 | 11,273.14 |
| 10/30/13 | 107 | Fifth Third Bank | Dividend paid 100.00% on $7,492.25; Claim# 2; Filed: $7,492.25; Reference: 5293-0623-0030-9916 | 7100-000 | | 7,492.25 | 3,780.89 |
| 10/30/13 | 108 | Fifth Third Bank | Dividend paid 100.00% on $2,294.31; Claim# 3; Filed: $2,294.31; Reference: 5473-7824-0007-4233 | 7100-000 | | 2,294.31 | 1,486.58 |
| 10/30/13 | 109 | Mendota Community Hospital | Dividend paid 100.00% on $195.69; Claim# 4; Filed: $195.69; Reference: 6717, 2127, 0527869 | 7200-000 | | 195.69 | 1,290.89 |
| 10/30/13 | 110 | Portfolio Investments II LLC | Dividend paid 100.00% on $16.70; Claim# 1I; Filed: $16.70; Reference: 6011 3101 4060 4189 | 7990-000 | | 16.70 | 1,274.19 |
| 10/30/13 | 111 | Fifth Third Bank | Dividend paid 100.00% on $12.63; Claim# 2I; Filed: $12.63; Reference: 5293-0623-0030-9916 | 7990-000 | | 12.63 | 1,261.56 |
| 10/30/13 | 112 | Fifth Third Bank | Dividend paid 100.00% on $3.87; Claim# 3I; Filed: $3.87; Reference: 5473-7824-0007-4233 | 7990-000 | | 3.87 | 1,257.69 |
| 10/30/13 | 113 | Mendota Community Hospital | Dividend paid 100.00% on $0.33; Claim# 4I; Filed: $0.33; Reference: 6717, 2127, 0527869 | 7990-000 | | 0.33 | 1,257.36 |
| 10/30/13 | 114 | LINHART, THOMAS E | Dividend paid 100.00% on $1,257.36; Claim# SURPLUS; Filed: $1,257.36; Reference: | 8200-002 | | 1,257.36 | 0.00 |

Subtotals :    $29,000.00    $29,000.00

{} Asset reference(s)    Printed: 12/18/2013 01:44 PM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-83421
**Case Name:** LINHART, THOMAS E

**Taxpayer ID #:** **-***8681
**Period Ending:** 12/18/13

**Trustee:** MEGAN G. HEEG (330490)
**Bank Name:** Rabobank, N.A.
**Account:** ****032366 - Checking Account
**Blanket Bond:** $1,500,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 29,000.00 | 29,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 29,000.00 | 29,000.00 | |
| | | | Less: Payments to Debtors | | | 1,257.36 | |
| | | | **NET Receipts / Disbursements** | | **$29,000.00** | **$27,742.64** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****032366** | 29,000.00 | 27,742.64 | 0.00 |
| | **$29,000.00** | **$27,742.64** | **$0.00** |

{} Asset reference(s)

Printed: 12/18/2013 01:44 PM    V.13.13